WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Gerell Robinson,

Plaintiff,

v.

JNR Adjustment Company Incorporated,

Defendant.

No. CV-26-04612-PHX-JAT

**ORDER**

Previously, the Court screened the complaint. (Doc. 5). The Court found that certain counts of the complaint stated a claim and directed Plaintiff to serve within the time limits set by Federal Rule of Civil Procedure 4(m).[1] (*Id.*).

On August 14, 2026, Defendant filed a motion to dismiss for failure to timely serve. (Part of Doc. 6). Because the time to complete service has not expired, this motion is premature.

On August 18, 2026, Plaintiff filed an amended complaint. (Doc. 11). Defendant's motion at Doc. 6 also moved to dismiss under Federal Rule of Civil Procedure 12(b)(6). Because an amended complaint has been filed, this portion of the motion is moot.

The Court will not screen the amended complaint as the Court assumes without deciding that Plaintiff re-alleged the counts the Court previously found stated a claim.[2]

---

[1] In this case that would be September 29, 2026.

[2] The Court cannot verify this assumption because the strikethrough version of the amended complaint filed by Plaintiff (Doc. 10) represents that every word of the amended complaint is new and that every word of the original complaint has been deleted. Thus, the Court cannot quickly determine in what ways the amended complaint differs from the original

However, this assumption is without prejudice to Defendant moving to dismiss the amended complaint if Defendant so chooses.

Based on the foregoing,

**IT IS ORDERED** that the motion to dismiss (Doc. 6) is denied, without prejudice.

**IT IS FURTHER ORDERED** that, if he has not already done so, Plaintiff must serve Defendant, as required by Federal Rule of Civil Procedure 4, within the time limits set by Federal Rule of Civil Procedure 4(m).

Dated this 19th day of August, 2026.

James A. Teilborg
Senior United States District Judge

complaint.